Argued and submitted February 1, reversed and remanded for reconsideration June 19, 1991

In the Matter of the Compensation of
Glenn A. Smith, Claimant.
WAGNER MINING EQUIPMENT CO.,
*Petitioner,*

*v.*

Glenn A. SMITH,
*Respondent.*

(88-15167; CA A65110)

812 P2d 856

Kenneth L. Kleinsmith, Portland, argued the cause for petitioner. With him on the brief was Meyers & Radler, Portland.

Robert E. Nelson, Gresham, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration in the light of *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991), and *Liberty Northwest Ins. Corp. v. Damm,* 107 Or App 764, 812 P2d 854 (1991).